v.

The STATE of Texas, Appellee.

No. 27818.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

Herman CROWDER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27724.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

Robert G. Vial, Ernest S. Goens, Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated, subsequent offense; the punishment, 18 months.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

WOODLEY, Judge.